DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUILLERMO HUETE,**
Appellant,

v.

**THELMA HUETE-SIERRA,**
Appellee.

No. 4D22-1843

[May 24, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502019DR010326MB.

Casey M. Reiter of Casey Reiter Appeals, P.A., Loxahatchee, for appellant.

Nicole Nicolette Mace and Curt Sanchez of The Law Offices of Curt Sanchez, P.A., West Palm Beach, for appellee.

PER CURIAM.

Appellant Guillermo Huete appeals the trial court's final judgment of dissolution of marriage and relocation. The trial court granted Appellee Thelma Huete-Sierra's petition for relocation with the parties' daughter and awarded Appellee durational alimony.

We affirm the trial court's determinations regarding both relocation and durational alimony. Appellant submitted only a partial trial transcript. *See Esaw v. Esaw,* 965 So. 2d 1261, 1264 (Fla. 2d DCA 2007) ("The most salient impediment to meaningful review of the trial court's decision is not the absence of findings, but the absence of a transcript.").

However, the trial court's order is facially inconsistent with respect to how much Appellant owes in retroactive child support, how much Appellant must pay monthly in retroactive child support, and whether Appellant is required to pay retroactive alimony. The trial court equivocated on each of these issues. For example, one portion of the order states that Appellant was required to pay retroactive alimony, whereas

another portion states that Appellant is not required to pay retroactive alimony. We remand these three issues to the trial court to clarify its rulings and issue an amended judgment that is consistent with the record. *See Rodriguez v. Medero*, 17 So. 3d 867, 872 (Fla. 4th DCA 2009).

*Affirmed in part, reversed in part and remanded for further proceedings.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***